# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHARLES DOLAN,

Plaintiff,

v.

FRANK BISIGNANO,

Defendant.

Case No. 2:26-cv-00983-NJK

**Order**

[Docket No. 1]

Pending before the Court is Plaintiff 's application to proceed *in forma pauperis*. Docket No. 1.

Plaintiff's application is incomplete. *See id.* Specifically, Plaintiff submits that his gross monthly pay for August 2022 was $13.50 per hour; however, that is not a gross monthly amount, and Plaintiff fails to identify an employer for that position, as well as how long he worked at that job. *See id.* at 2. Further, Plaintiff contends that he receives Medicaid but fails to provide the amount he receives for public-assistance in response to question 1. *See id.* at 1-2 (response to question 1); *see also id.* at 5 ("I receive medicaid only"). Additionally, Plaintiff contends that he lives with his mom, who is supporting him at this time, but fails to explain the amount or extent of that support. *Id.* at 5. This is especially puzzling given that Plaintiff fails to identify a single average monthly expense for himself or his family in response to question 8. *See id.* at 4 ("Estimate the average monthly expenses of you and your family"). Plaintiff also fails to respond to question 11.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** *without prejudice*. Docket No. 1. No later than **April 10, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH**

1

**THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the <u>long form</u> *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2