# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHARLES DOLAN,

    Plaintiff,

v.

FRANK BISIGNANO,

    Defendant.

Case No. 2:26-cv-00983-NJK

**Order**

[Docket No. 6]

Pending before the Court is Plaintiff's amended application to proceed *in forma pauperis*. Docket No. 6.

The Court denied Plaintiff's initial application to proceed *in forma pauperis* without prejudice because the application was incomplete. Docket No. 5. The Court explained that Plaintiff failed to provide a gross monthly amount of income, identify an employer for his gross monthly wages, provide an amount received for Medicaid assistance, explain the amount or extent of the support he receives from his mom, and identify a single monthly expense for himself or his family. *See id.* at 1. The Court ordered Plaintiff to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. *Id.* Plaintiff filed the instant amended application. Docket No. 6.

Plaintiff's amended application is, once again, incomplete. Docket No. 6. Plaintiff submits that his mother provides him with food and shelter only and does not give him cash or allowance, and that he does not know his mother's monthly expenses. *Id.* at 5. The application, once again, fails to identify a single monthly expense for Plaintiff. *Id.* at 4-5. Further, the application fails to identify any income for Plaintiff over the last two years, aside from one month of income from Golden Nugget Casino, and indicates that Plaintiff has no assets or cash. *Id.* at 2-3. As explained by United States Magistrate Judge Elayna J. Youchah, there is reason to doubt the accuracy of this

1

recitation of Plaintiff's financial situation: "An individual cannot live on zero dollars, which is what Plaintiff professes. Even if an applicant has no loan payments, gas, electric, food, and other necessities of life are not free." *Tiffany v. Cannon*, 2023 WL 2876828, at *1 (D. Nev. Mar. 16, 2023). In short, the financial picture provided by Plaintiff is a logistical impossibility.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** *without prejudice*. Docket No. 6. No later than **April 17, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the <u>long form</u> *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: April 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2