**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES DOLAN, | ) Case No.: 2:26-cv-00983-NJK |
| | ) ORDER GRANTING |
| | ) STIPULATION TO EXTEND TIME |
| Plaintiff, | ) OF TIME TO FILE PLAINTIFF'S |
| | ) BRIEF |
| vs. | ) |
| | ) (FIRST REQUEST) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Plaintiff Charles Dolan and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from July 10, 2026, to July 24, 2026, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social

-1-

Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly.

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel due to a heavy workload. Between the date of this stipulation and the current due date of July 10, 2026, Plaintiff's counsel has three other District Court briefs to complete. These briefing obligations are in addition to counsel's administrative responsibilities in cases pending before the Social Security Administration. Plaintiff's counsel has been working diligently to meet these competing deadlines, including during the upcoming holiday period, but additional time is necessary to adequately research the issues presented and prepare Plaintiff's opening brief. A 14-day extension will permit Plaintiff's counsel

///

sufficient time to complete the opening brief.

DATE: June 30, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Charles Dolan

DATE: June 30, 2026          SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Zachary Berkoff-Cane*

BY: _____

Zachary Berkoff-Cane
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:_____July 2, 2026_____

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-